## Commonwealth *v.* Logan, Appellant.

Submitted September 9, 1974. *S. David Fine-*

man, for appellant; *James Garrett, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.